IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:21CR3031 |
| vs. | |
| JANIS STRAUTKALNS, | ORDER |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's oral motion to set a pretrial motion deadline and another status conference is granted.

2) Pretrial motions shall be filed on or before August 24, 2021.

3) A status conference will be held before the undersigned magistrate judge at 10:00 a.m. on August 25, 2021 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 11), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

4) The court finds that the time between today's date and August 25, 2021 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii).

May 25, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge