IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                 Plaintiff,

vs.

JANIS STRAUTKALNS,

                 Defendant.

**4:21CR3031**

**ORDER**

    Defendant has moved to continue the status conference and pretrial motion deadline, (Filing No. 17), because Defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)     Defendant's motion to continue, (Filing No. 17), is granted.

2)     Pretrial motions and briefs shall be filed on or before September 28, 2021.

3)     The status conference is continued and will be held at 10:30 a.m. on September 29, 2021 by telephone before the undersigned magistrate judge.  All participants shall use the conferencing information provided by the court, (see Filing No. 11), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference..

4)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and September 28, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii).

Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

August 24, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge