IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JANIS STRAUTKALNS,<br><br>    Defendant. | 4:21CR3031<br><br>AMENDED ORDER |

Based on the representations of counsel this case is ready to be set for trial. Accordingly,

IT IS ORDERED:

1) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on December 13, 2021, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

2) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial and the time between today's date and December 13, 2021, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

October 7, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge