IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JANIS STRAUTKALNS,

      Defendant.

4:21-CR-3031

ORDER

This matter is before the Court upon the defendant's offer to pay restitution prior to sentencing. The Court will accept the defendant's payment.

IT IS ORDERED that the Clerk of the Court accept up to and including $10,000 in restitution until further order of the Court.

Dated this 21st day of March, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge